# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**PEDRO ENRIQUE GARCIA**                                                                 **PLAINTIFF**

**v.**                                    **Case No. 4:18-cv-00099-KGB**

**PRISONER TRANSPORT
SERVICES,** *et al*.                                                                       **DEFENDANT**

## ORDER

On May 21, 2018, the Court dismissed certain of plaintiff Pedro Enrique Garcia's claims and informed him that, as currently pled, his complaint did not state a claim on which relief could be granted against the only remaining defendant (Dkt. No. 9). The Court advised Mr. Garcia that, if he wished to pursue this case, he should submit an amended complaint within 30 days from the entry of that Order. *Id*. Mr. Garcia was also advised that his failure to do so may result in the dismissal of this lawsuit pursuant to Local Rule 5.5(c)(2) of the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas, which provides, in part, that "[i]f any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice." *Id*.

As of the date of this Order, Mr. Garcia has not complied with the Court's Order from May 21, 2018. Accordingly, this case is dismissed without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

So ordered this 10th day of May, 2019.

_____
Kristine G. Baker
United States District Judge