IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PEDRO ENRIQUE GARCIA                                                              PLAINTIFF

v.                      Case No. 4:18-cv-00099-KGB

PRISONER TRANSPORT
SERVICES, *et al.*                                                                 DEFENDANT

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Pedro Enrique Garcia's complaint is dismissed without prejudice. The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So ordered this 10th day of May, 2019.

_____
Kristine G. Baker
United States District Judge